UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL BARTLETT,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.

Case No. 1:17-CV-565

HON. GORDON J. QUIST

## ORDER

In accordance with the Opinion entered on this date,

**IT IS HEREBY ORDERED** that Plaintiff's complaint is **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2) for the reason that it fails to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Settle or Sue (ECF No. 28) is **DENIED AS MOOT**.

This case is **concluded**.

Dated: September 13, 2017              /s/ Gordon J. Quist
                                                                GORDON J. QUIST
                                            UNITED STATES DISTRICT JUDGE